74 F.3d 1512w
 64 USLW 2515, 106 Ed. Law Rep. 1008,
37 U.S.P.Q.2d 1673
 PRINCETON UNIVERSITY PRESS, MacMillan, Inc., and St.
Martin's Press, Inc., Plaintiffs-Appellees,
v.
MICHIGAN DOCUMENT SERVICES, INC., and James M. Smith,
Defendants-Appellants.
 No. 94-1778.
 United States Court of Appeals,
Sixth Circuit.
 Argued Sept. 15, 1995.
Decided Feb. 12, 1996.
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION